UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   Docket No.: 1:19-cv-07283 (VEC)
TRACEY RILEY,

                                   Plaintiff(s),        **STIPULATION OF**
                                                                       **DISCONTINUANCE**

          - against -

JP MORGAN CHASE BANK, N.A. and J P MORGAN
CHASE & CO.,

                                  Defendant(s).
-----------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED**, that the above entitled action be, and the same hereby is discontinued, as and against the defendant(s) above-named without costs or disbursements, and that an order to that effect may be entered by either party as and against the other without further notice, **with prejudice**.

Dated: Westbury, New York
          March 20, 2020


LEVIN & CHETKOF, LLP                        WILSON, ELSER MOSKOWITZ,
Attorney for Plaintiff(s)                          EDELMAN & DICKER
                                                            Attorney for Defendant(s)

                                                                  *Stephen C. Nappi*
By: _____            By: _____
     Howard A. Chetkof, Esq.                             Stephen Nappi, Esq.